**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Donna J. Powers,** | ) | **CASE NO. 1:05 CV 1596** |
| **Administratrix of the Estate of Cleon** | ) | |
| **Oliver,** | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **County of Lorain, et al.,** | ) | **Judgment Entry** |
| | ) | |
| **Defendants.** | ) | |

This Court, having GRANTED Defendants' Motion for Summary Judgment with respect to counts one and three hereby enters judgment in favor of defendants and against plaintiff.

IT IS SO ORDERED.

    /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 10/9/06

1